**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Ste. 112
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 449-9016

Attorney for Defendant,
ARTURO OLIVAREZ-VARGAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-cr-00405-OWW |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | STATUS CONFERENCE HEARING; |
| vs. ) | ORDER |
| ) | |
| ARTURO OLIVAREZ-VARGAS, ) | Date:  June 6, 2011 |
| ) | Time:  9:00 A.M. |
| Defendant. ) | Judge: Hon. Oliver W. Wanger |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now set for May 31, 2011 **may be continued to June 6, 2011 at 9:00 A.M.**

Defense counsel has been recuperating from shoulder surgery and unable to drive until very recently.  Therefore, defense counsel was late getting the presentence worksheet to probation.  Probation needs sufficient time to complete the presentence report.  The requested continuance will provide continuity of counsel, will serve the ends of justice and result in economic use of time and resources and will conserve time and resources for all parties and the court.  Assistant United States Attorney Ian Garriques has no objection to this request.

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests

2  of justice, including but not limited to, the need for the period of time set forth herein for further

3  defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

4

5  Dated: May 26, 2011                               /s/ Carol Ann Moses
                                                     CAROL ANN MOSES
6                                                    Attorney for Defendant
                                                     ARTURO OLIVAREZ-VARGAS
7

8                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
9

10 Dated:  May 26 2011                               /s/ Ian Garriques
                                                     IAN GARRIQUES
11                                                   Assistant United States Attorney
                                                     Attorney for Plaintiff
12

13

14                                          **ORDER**

15     Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(A) and (B).

16

17

18

19

20

21

22
   IT IS SO ORDERED.
23
   **Dated:   May 26, 2011**                        /s/ Oliver W. Wanger
24                                                  UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION TO CONTINUE STATUS
CONFERENCE HEARING; ORDER                    2